## Leokadja Skoczdople and Joseph Skoczdople, Appellees, v. Peoples Life Insurance Company, Appellant.

### Gen. No. 23,828.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 29, 1918. Rehearing denied May 13, 1918.

### Statement of the Case.

Action by Leokadja Skoczdople and Joseph Skoczdople, plaintiffs, against the Peoples Life Insurance Company, a corporation, defendant, to recover on a policy of life insurance. From a judgment for plaintiffs for $70, defendant appeals.

WALTER H. ECKERT, for appellant.

No appearance for appellees.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. INSURANCE—*what is best evidence of payment of premiums.* In an action to recover on a policy of life insurance, the best evidence of payment of the premiums is the defendant's receipt book.

2. INSURANCE, § 664*—*when default in payment of premiums not shown.* In an action to recover on a policy of life insurance, evidence *held* to show that the insured was not so in default in the payment of the premiums on his policy at the time of his death as to invalidate the policy under the conditions upon which it was issued.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.